# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-0633

———————————————

Michael Andrew Rodriguez,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John Simon, Jr., Judge.

July 2, 2026

Per Curiam.

Affirmed.

Rowe, Winokur, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Michael Andrew Rodriguez, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.